

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00594-CV

Judy **FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, as Independent Administrator of the Estate of James Phillip Johnson,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01100
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: July 21, 2021

DISMISSED

Both appellant and appellee have filed motions asking this court to dismiss this appeal.

After consideration, we grant both motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Costs of the appeal are taxed against appellant. *Id.* R. 42.1(d).

PER CURIAM